UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>           v.<br><br>BAUSCH & LOMB OPTICAL COMPANY,<br>*et al.*<br>    Defendants. | Case No. 1:20-mc-550<br>(Originally Civil Action No. 9-404) |

## X ~~[PROPOSED]~~ ORDER TERMINATING FINAL JUDGMENT

The Court having received the motion of plaintiff United States of America for termination of the final judgment entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgment, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgment is hereby terminated.

Dated: December 1, 2020

*/s/ Paul A.␣Engelmayer*
United States District Court Judge
Southern District of New York